TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00179-CV






Appellants, Association of Texas Professional Educators, Austin ATPE, Education Austin,
Texas AFT, and Texas State Teachers Association//

Cross-Appellant, Austin Independent School District


v.


Appellees, Austin Independent School District and Greg Abbott,

Attorney General of Texas//Cross-Appellees, Association of Texas Professional Educators,
Austin ATPE, Education Austin, Texas AFT, and Texas State Teachers Association






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. D-1-GN-08-002186, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING




O R D E R


PER CURIAM

 The parties' Agreed Motion to Stay Execution of Judgment Pending Appeal is
granted.

 Ordered June 24, 2009.



Before Justices Puryear, Pemberton and Waldrop